

333 EARLE OVINGTON BOULEVARD, SUITE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

MEMO ENDORSE

April 12, 2023

*Via ECF*
Hon. Kenneth M. Karas, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601

    Re:    *Biener v. Credit Control Services, Inc.d/b/a Credit Collection Services*
            Case No: 7:21-cv-02809-KMK-PED

Dear Judge Karas:

    We are the attorneys for Plaintiff in this matter and write in connection with the Court's Order dated March 14, 2023, which granted Defendant's motion to dismiss without prejudice to Plaintiff filing an amended Complaint within thirty (30) days of such Order. *Dkt. No.* 58.

    By this letter, Plaintiff respectfully requests a one-week extension of time to file an amended Complaint, if needed, to April 20, 2023. The reason for this request is that the parties have been engaged in discussions in an effort to resolve this matter without the need for further judicial intervention, however, as the undersigned has been actively engaged in preparing for a trial which commenced yesterday before the Hon. Joanna Seybert in the Eastern District of New York, our availability to address this matter has been limited.

    I have discussed this matter with Matthew Johnson, Esq., counsel for Defendant, and am authorized to represent that this request is on consent. It is therefore respectfully requested that the time for Plaintiff to file an Amended Complaint, if needed, be extended to April 20, 2023.

    In closing, I thank the Court is consideration in this matter.

Granted.
So Ordered.
[signature]
4/13/23

Respectfully submitted,

/s *Jonathan M. Cader*
Jonathan M. Cader